**OTTINGER**
EMPLOYMENT LAWYERS

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

Benjamin D. Weisenberg
Direct: 917.747.5303
benjamin@ottingerlaw.com

**MEMO ENDORSED**

January 29, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020

**BY ECF ONLY**
Hon. Valerie Caproni
U.S. District Court Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   **Michael Rockman v. USI Insurance Services LLC, et al. | No. 19-cv-5997 (VEC)**
      **Request to Adjourn IPTC**

Dear Hon. Valerie Caproni:

The Ottinger Firm, P.C. ("Ottinger") represents Plaintiff Mr. Michael Rockman in the above captioned action. Ottinger writes to respectfully request an adjournment of the upcoming Initial Pretrial Conference ("IPTC"). Undersigned counsel has a pre-existing, conflicting obligation in another matter on February 7th, 2020. Prior to submitting this request, Ottinger conferred with Defendants' counsel. Defendants' counsel consents to Ottinger's request for an adjournment.

All parties in this action are available on the following dates: March 5th, 9th, and 10th.

Thank you for your time and attention in considering the above requests.

Respectfully submitted on behalf of all parties,

**THE OTTINGER FIRM, P.C.**

_____
Benjamin D. Weisenberg
benjamin@ottingerlaw.com

Application GRANTED. The initial pretrial conference is adjourned to **March 13, 2020 at 10:00 a.m.** The parties' joint submissions are due by **March 5, 2020.**

SO ORDERED.

*[signature]*  1/29/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

401 Park Avenue South I New York, New York 10016 I P 212-571-2000 I F 212-571-0505 I www.ottingerlaw.com