USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MICHAEL ROCKMAN,

                           Plaintiff,

              -against-                          19-CV-5997 (VEC)

                                                 ORDER

USI INSURANCE SERVICES LLC, USI
INSURANCE SERVICES NATIONAL, INC.,
USI NORTHEAST & EMERSON REID LLC,
WELLS FARGO INSURANCE SERVICES USA,
INC., AND DOES 1–50, INCLUSIVE,

                         Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference in this matter is scheduled for **March 13, 2020 at 10:00 a.m**.;

IT IS HEREBY ORDERED THAT:

1. Due to ongoing concerns regarding the COVID-19 outbreak, the conference scheduled for March 13, 2020 is cancelled.

2. The parties' proposed case management plan will be entered separately. Please note that the Court has extended the requested fact discovery period by 60 days. That is a **FIRM** deadline. The parties must meet and formulate a schedule so that **ALL** fact discovery can be completed by **August 10, 2020**.

3. Upon a joint request, the Court would be happy to refer the parties to Magistrate Judge Moses for a settlement conference.

**SO ORDERED.**

Date: **March 12, 2020**
      **New York, New York**

_____
      **VALERIE CAPRONI**
      **United States District Judge**