


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2020

Attorneys at Law

David W. Garland
t 212.351.4708
f 212.878.8600
DGarland@ebglaw.com

August 5, 2020

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Michael Rockman v. USI Insurance Services LLC, et al.*
               Case No. 19-CV-05997 (VEC)

Dear Judge Caproni:

      This firm represents defendant USI Insurance Services LLC ("USI") in the above-referenced matter. We write pursuant to Your Honor's Individual Practices to request an adjournment of the pretrial conference scheduled for August 14, 2020 because I will not be working that day. We request that the conference be adjourned by one week to August 21. This is USI's first request for an adjournment of the conference, and Plaintiff consents to this request.

      We appreciate Your Honor's consideration of this request.

> Application GRANTED in part. The pretrial conference is adjourned to **August 28, 2020 at 10:30 a.m.** The parties' joint submission is due by **August 20, 2020.**

Respectfully submitted,

*/s/ David W. Garland*

David W. Garland

SO ORDERED.

*[signature]*

8/5/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Cc:    Benjamin Weisenberg, Esq. (via ECF)
         Carrie Anderer, Esq. (via ECF)
Epstein Becker & Green, P.C. | 875 Third Avenue | New York, NY 10022 | t 212.351.4500 | f 212.878.8600 | ebglaw.com

Firm:51066174