# EXHIBIT 9

**Denise Fiore**

**From:** Amy Mausser
**Sent:** Friday, September 7, 2018 2:39 PM
**To:** John Kluxen; Jim Butler
**Cc:** Denise Fiore; Robert Reers
**Subject:** RE: Mike Rockman Issue - confidential

John/Jim,
Denise and I spoke today and would like to move forward with the following plan for Mike.

With L3 gone, there is not enough comp or work to keep Mike employed. Denise is meeting with Mike on Tuesday and would like to notify him that his last day will be Friday 10/5 (there is no notice period requirement in his agreement). He will get a final true-up, post-employment, for all residual commissions that were earned prior to 10/5.

We chose 10/5 to give him the extra month of benefits. Corporate (KVO) is in the loop.

Please let us know if there are any concerns or questions.

Thank you,

Amy Mausser
212.706.9430

**From:** John Kluxen
**Sent:** Tuesday, August 28, 2018 10:36 AM
**To:** Amy Mausser <Amy.Mausser@usi.com>
**Subject:** Mike Rockman Issue

Amy,
I need to get this issue in front of you. In light of the loss of the L3 EB relationship, Mike Rockman's draw will essentially disappear. The attached file reflects the fact that his annual variable compensation will drop to about $5,000 as L3 was his only client. Denise has got Mike on her calendar for September and needs to nail down the final story, but I wanted to provide you with the current financial view on this issue. It would be great if you could think about how we handle something like this in the USI environment. Denise will likely have some service team related issues in light of the loss of this account as well.

Please give me a call if you have a few minutes to discuss.

Thanks.

John Kluxen
Regional Finance Manager
USI Insurance Services
190 River Road, Suite 101, Summit, NJ 07901
973.315.0439 | c:609.213.6176
john.kluxen@usi.com | www.usi.com

Ex. 5 USI_425-430
Defendant
Denise Fiore - 182512
08/03/2020(bw)

THE USI ONE ADVANTAGE®
Our Approach to Delivering Client Solutions ▶ Learn More

*Please note that you may not rely on email communication to us to report a claim or to give us instructions to place, bind, change or terminate coverage unless we have subsequently confirmed to you in writing that we have received your message and will be taking the action you have requested.*

*Confidentiality Notice. The information contained in this email message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank You.*

---

**From:** Christopher Heinze
**Sent:** Thursday, August 23, 2018 1:28 PM
**To:** John Kluxen
**Cc:** Denise Fiore
**Subject:** RE: Mike Rockman

John:

See attached commencing October 1st. Estimated commissions for August and September of 2018 is based on monthly average for the last 10 months of processed commissions.

Any questions, give me a call.

**From:** John Kluxen
**Sent:** Thursday, August 23, 2018 12:24 PM
**To:** Christopher Heinze <christopher.heinze@usi.com>
**Cc:** Denise Fiore <denise.fiore@usi.com>
**Subject:** Mike Rockman

Can you put together a draw analysis for Mike Rockman ASAP? Assumptions should be as follows:

- Full L3 commission levels through 9/30
- This $37,000 annual amount as the only remaining item thereafter.

I really do not want to hit a deficit for this person.

Thanks.

John Kluxen
Regional Finance Manager
USI Insurance Services
190 River Road, Suite 101, Summit, NJ 07901
973.315.0439 | c:609.213.6176
john.kluxen@usi.com | www.usi.com

USI

THE USI ONE ADVANTAGE®
Our Approach to Delivering Client Solutions ▶ Learn More

*Please note that you may not rely on email communication to us to report a claim or to give us instructions to place, bind, change or terminate coverage unless we have subsequently confirmed to you in writing that we have received your message and will be taking the action you have requested.*

Confidentiality Notice. The information contained in this email message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank You.

---

**From:** Denise Fiore
**Sent:** Thursday, August 23, 2018 12:14 PM
**To:** John Kluxen
**Subject:** Mike Rockman

Hi John,

As a follow up to our conversation this morning, the only account that will be left is Broadcast Sports International. The estimated annual revenue is $37,000.

DENISE (ANGLEMAN) FIORE,GBDS
Senior Vice President
Employee Benefits Practice Leader
USI Insurance Services
190 River Road
Suite 101
Summit, NJ 07901
o: 973.315.0441 | c: 973.464.2400
CA License No. OH45949
Denise.Fiore@usi.com | www.usi.com

THE USI ONE ADVANTAGE®
Our Approach to Delivering Client Solutions ▶ Learn More

Please note that you may not rely on email communication to us to report a claim or to give us instructions to place, bind, change or terminate coverage unless we have subsequently confirmed to you in writing that we have received your message and will be taking the action you have requested.

Confidentiality Notice: The information contained in this email message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient and have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. Thank You.

Case 1:19-cv-05997-VEC   Document 49-9   Filed 10/23/20   Page 5 of 7

USI 000428

Mike Rockman

Carry through 10/5 - Benefits to end of Oct

Termination / Retiree

Any L3 Commissions Earned

terminated

Other accounts Commissions earned through 10/5 paid out

Exit package

Amy to write the letter —

Luncheon

Rob

- Life insurance — Horizon Business / USI / Wells Fargo