# EXHIBIT 14



Attorneys at Law

David W. Garland
t 212.351.4708
f 212.878.8600
DGarland@ebglaw.com

August 3, 2020

**Via E-mail (benjamin@ottingerlaw.com)**
Benjamin D. Weisenberg, Esq.
The Ottinger Firm
401 Park Avenue South
New York, NY 10016

      Re:    **Michael Rockman v. USI Insurance Services LLC**
                 **Civil Action No. 19-CV-05997 (VEC)**

Dear Mr. Weisenberg:

      Following up on my prior correspondence dated July 17, 2020, below please find certain information relating to the other members of the L3 team:

1. Tom Kelly: As of October 5, 2018, the date on which USI terminated Plaintiff's employment, Mr. Kelly was 59 years old. Mr. Kelly is currently an employee of USI.

2. Joanna Mohindra: As of October 5, 2018, the date on which USI terminated Plaintiff's employment, Ms. Mohindra was 39 years old.  Ms. Mohindra resigned from USI on December 7, 2018.

3. Paula Lora: As of October 5, 2018, the date on which USI terminated Plaintiff's employment, Ms. Lora was 44 years old.   Ms. Lora is currently an employee of USI.

                                                Very truly yours,

                                                */s/ David W. Garland*

                                                David W. Garland

cc:    Finn Dusenbery, Esq. (via e-mail)
          Carrie E. Anderer, Esq (via e-mail)

Ex. A USI_Att_Ltr_dated_August_3_2020
Defendant
Amy Mausser- 182513
08/06/2020(BW)