# EXHIBIT 21

| | | | |
|---|---|---|---|
| USI Insurance Services LLC | | Check No. | 312898 |
| 100 Summit Lake Drive | | Check Date | 5/3/2019 |
| Suite 150 | | Period Start | 4/14/2019 |
| Valhalla, NY 10595 | | Period End | 4/27/2019 |

Michael D Rockman  
634 Oceanview Road  
Brielle, NJ 08730  

Phone Number: 9147498500  
SSN: XXX-XX-6880  

| | |
|---|---|
| Emp No | 300159 |
| Location | NYC00 |
| Region | WN |
| Division | 702 |
| Department | 702411 |
| EE Class | 3 |
| AR # | USI1001 |

| | |
|---|---|
| FIT | S 0 |
| Addl FIT amt | 0.00 |
| SIT res | A 0 |
| Addl SIT Res amt | 0.00 |
| SIT Work | S 0 |
| Addl SIT Work amt | 0.00 |
| LIT res | 0 |
| Addl LIT Res amt | 0.00 |
| LIT Work | S 0 |
| Addl LIT Work amt | 0.00 |

| | |
|---|---|
| Pay Group | Salary |
| Pay Rate | 202.44 |
| Job | E4W268 |

### EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Commission-Salary | | | 19209.30 | 19209.30 |
| STD 100 F-Salary | | | | 14576.04 |
| **Totals** | 0 | | 19209.30 | 33785.34 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 5718.00 | 9814.36 |
| Employee Medicare | 278.54 | 489.89 |
| Social Security Emp | 1190.98 | 2094.69 |
| Ny State Income Tax | 1374.62 | 2408.70 |
| Ny Paid Family Leav | 29.39 | 51.69 |
| Ny Disability Emplo | 1.20 | 1.20 |
| **Totals** | 8592.73 | 14860.53 |

### EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|
| SSHRWK | 36.00 | | 36.00 |
| STD | 480.00 | | 480.00 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Bank Fee | | -15.00 |
| Direct Deposit | | 8323.24 |

### EMPLOYER AMOUNTS

| Current | YTD |
|---|---|

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|

**EXHIBIT MR-12**

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 19209.30 | 8592.73 | 0.00 | 10616.57 | Total Net Pay | 10616.57 |
| YTD | 33785.34 | 14860.53 | 8308.24 | 10616.57 | Check Amount | 10616.57 |

FRE 408 Mediation Production        MR 47

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼