```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MICHAEL ROCKMAN,                                              :
                                                              :
                                    Plaintiff,                :
                                                              :
                -against-                                     :    19-CV-5997 (VEC)
                                                              :
                                                              :        ORDER
USI INSURANCE SERVICES LLC,                                   :
                                                              :
                                    Defendant.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 16, 2021, the Court granted Defendant's motion for summary judgment, Dkt. 63;

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter a judgment in this matter in favor of Defendant.

**SO ORDERED.**

Date: September 14, 2021
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**