## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL ROCKMAN,

                          Plaintiff,                        19 **CIVIL** 5997 (VEC)

                -against-                           **<u>JUDGMENT</u>**

USI INSURANCE SERVICES LLC,

                       Defendant.

------------------------------------------------------------X

        Whereas on August 16, 2021, the Court granted Defendant's motion for summary judgment, Dkt. 63;

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2021, judgment is entered in favor of Defendant.

**Dated:**  New York, New York
           September 14, 2021

                                                                        **RUBY J. KRAJICK**
                                                                        **Clerk of Court**
                                                       **BY:**
                                                                          **Deputy Clerk**